78 A.3d 612

**Bobby HARRIS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 115 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 16, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**